UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| RONALD E. DULA, | : | Case No. 1:21-cv-403 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| CITY OF CINCINNATI, *et al.*, | : | |
| Defendants. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATIONS
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 4)**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. 28 U.S.C. § 636(b). Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on June 25, 2021, submitted a Report and Recommendations. (Doc. 4). No objections were filed, and the time for filing objections has expired.

The Court has reviewed the Report and Recommendations, is satisfied that there is nothing clearly erroneous or contrary to law on the face of the record, and accepts the Magistrate Judge's recommendations. Fed. R. Civ. P. 72.

Accordingly:

1. The Report and Recommendations (Doc. 4) is hereby **ADOPTED**;

2. Plaintiff's complaint is **DISMISSED** with prejudice;

3. The Court **CERTIFIES** that, pursuant to 28 U.S.C. § 1915(a), an appeal of this Order would not be taken in good faith and therefore **DENIES** Petitioner leave to appeal *in forma pauperis*; and,

2

4. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** upon the docket of this Court.

**IT IS SO ORDERED.**

Date: 8/24/2021                         *s/Timothy S. Black*
                                                         Timothy S. Black
                                                         United States District Judge